UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR INTERNATIONAL ENVIRONMENTAL LAW, CHESAPEAKE CLIMATE ACTION NETWORK, FRIENDS OF THE EARTH, PACIFIC ENVIRONMENT, and THE SIERRA CLUB,<br><br>      Plaintiffs,<br>  v.<br><br>THE EXPORT-IMPORT BANK OF THE UNITED STATES and FRED HOCHBERG, in his official capacity as Chairman of the Export-Import Bank of the United States,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-1820 RC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ALYSSA JOHL**

I, Alyssa Johl, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am currently a Senior Attorney in the Climate & Energy Program at the Center for International Environmental Law ("CIEL"). I have worked for CIEL since November 2010, and am familiar with the organization's history, structure, and activities.

3. CIEL is a 501(c)(3) non-profit corporation incorporated and headquartered in the District of Columbia. We have offices in Washington, DC and Geneva, Switzerland.

4. CIEL's mission is to use the power of law to protect the environment, promote human rights, and ensure a just and sustainable society. Over the last 20 years, CIEL has built a reputation as one of the leading watchdogs of public financial institutions. CIEL has worked to

1

develop and strengthen safeguards and accountability processes within these finance institutions, and to ensure their implementation by helping communities around the world submit complaints.

5. In my role at CIEL, I work within the Climate & Energy Program to develop and implement strategies and activities that have been identified to achieve our programmatic objectives. My responsibilities include: providing legal and policy analyses and other technical support; preparing reports, briefing notes and other documents; organizing trainings and workshops; and contributing to efforts to inform and engage the public in policy-making processes that may have environmental and public health impacts.

6. CIEL is actively engaged in efforts to ensure that the environmental and public health impacts of environmentally damaging energy sources are fully taken into account in relevant decision-making processes, and to promote public access to information and transparent democratic processes with respect to decisions affecting the environment. Over the past few years, CIEL has been working to address the growing role of the United States as a net exporter of fossil fuels and fossil fuel technologies. The United States' energy policies and decision-making processes through which such policies are developed and implemented are highly relevant to CIEL's work. In addition, CIEL submitted a Freedom of Information Act (FOIA) request with the Export Import Bank of the United States ("Ex-Im Bank"), seeking disclosure of documents relevant to Ex-Im Bank's approval of a $90 million to loan guarantee to Xcoal Energy & Resources, LLC ("Xcoal") for coal exports.

7. CIEL has historically engaged in legal actions—including actions related to coal—to strengthen accountability and transparency in U.S. agencies and public financial institutions. For example, CIEL has provided support to international efforts to fight coal financing by developing detailed analyses used to inform decision-makers and the broader

public.  In 2011, CIEL published "Fossilized Thinking: The World Bank, Eskom, and the Real Cost of Coal," which documents the inadequate consideration of environmental and social costs in the cost-benefit analysis for South Africa's massive Medupi coal plant.  In 2012, CIEL submitted complaints to the World Bank Inspection Panel and Compliance Advisor Ombudsman (CAO) on behalf of communities in Kosovo, who are concerned about the proposed 600MW lignite-based thermal plant (and associated mine) and the privatization of the energy sector in their country.

8. On May 24, 2012, Ex-Im Bank approved a $90 million loan guarantee to support $1 billion in coal exports from Maryland and Virginia to Japan, South Korea, China, and elsewhere.  Ex-Im Bank did not conduct environmental review of the impacts of this decision.

9. Ex-Im Bank's decision to approve this financing for coal exports—without considering the environmental impacts of that decision—frustrates CIEL's efforts to promote environmental protection, transparency, and the public's right to participate in decisions affecting their health and environment.  Ex-Im Bank's decision undermines CIEL's work to promote environmentally sustainable energy policies and has required CIEL to put extra time and resources into monitoring Ex-Im Bank's policies.

10. Ex-Im Bank's failure to comply with the National Environmental Policy Act's ("NEPA") environmental review requirements also deprives CIEL of its right to information about the environmental and public health impacts of Ex-Im Bank's decision to finance an environmentally damaging energy source, and its right to participate in that decision-making process.  By depriving CIEL of opportunities for public input and engagement in the decision-making process, Ex-Im Bank's action has caused CIEL to expend additional effort to inform the public about coal financing and its potential effects on the environment and public health.

11. CIEL is concerned that the Ex-Im Bank will continue to invest in coal exports without considering the environmental and public health impacts of its financing decisions, which would require CIEL to devote additional resources toward its work on financial accountability of institutions like Ex-Im Bank, at the expense of resources it could spend on other programmatic work.

12. The declaratory and injunctive relief CIEL seeks will redress these injuries by requiring Ex-lm Bank to conduct the environmental review that NEPA requires and allowing CIEL to participate in the process leading to Ex-Im Bank's decision whether to approve the Xcoal loan guarantee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 21, 2014 in Washington, D.C.

_____
Alyssa Johl