# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHESAPEAKE CLIMATE ACTION NETWORK, et al., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 13-1820 RC ) |
| v. | ) ) ) **FEDERAL DEFENDANTS' MOTION** |
| EXPORT-IMPORT BANK OF THE UNITED STATES, et al., | ) **FOR SUMMARY JUDGMENT** ) ) |
| Federal Defendants. | ) ) |

Federal Defendants Export-Import Bank of the United States and Fred P. Hochberg, through undersigned counsel, move for summary judgment. The grounds for this relief, set forth in the accompanying Memorandum In Support of Federal Defendants' Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Summary Judgment, and the supporting exhibits, are that Plaintiffs lack standing to assert their claims, and Plaintiffs have failed to show that the challenged action is a "major federal action."  A proposed order is attached to this motion as "Exhibit A."

> ROBERT G. DREHER
> Acting Assistant Attorney General
>
> By:  /s/ *Stacey Bosshardt*
> STACEY BOSSHARDT
> D.C. Bar No. 458645
> stacey.bosshardt@usdoj.gov
> (202) 514-2912
> Senior Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
>
> Attorney for Federal Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2014, I electronically filed the foregoing Federal Defendants' Motion for Summary Judgment using ECF, which will send a notice of electronic filing to all listed counsel of record.

/s/ *Stacey Bosshardt*